**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARIE MARSDEN** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 25-6615** |
| | **:** | |
| **SOUTHWEST AIRLINES CO.** | **:** | |

## <u>ORDER</u>

This 2nd day of July, 2026, it is hereby **ORDERED** that Defendant's Motion to Dismiss,

ECF 5, is **DENIED** as to Count 3 of the Complaint, but **GRANTED** in all other respects.

 /s/ Gerald Austin McHugh
United States District Judge
